IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ELMAR HOTEL MANAGEMENT, LLC, a Michigan limited liability company, d/b/a INN OF CHICAGO, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 22 C 4073 <br><br> JUDGE THOMAS M. DURKIN |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, ELMAR HOTEL MANAGEMENT, LLC, a Michigan limited liability company, d/b/a INN OF CHICAGO, in the total amount of $129,390.57, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,692.00.

On August 10, 2022, the Summons and Complaint was served on the Defendant (by tendering a copy of said documents to Jose Alvarez) at the place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 31, 2022. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/ Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6210637
Telephone:  (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\CPFJ\Elmar Hotel Management\motion for default and judgment 12-21-22.lmf.df.wpd

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that I electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 28th day of December 2022:

>Elmar Hotel Management, LLC,
>d/b/a Inn of Chicago
>162 E. Ohio Street
>Chicago, IL   60611-3105
>
>Elmar Hotel Management, LLC
>55 E. Long Lake Road, #204
>Troy, MI   48085-4738
>
>Elmar Hotel Management, LLC
>2222 W. Grand River Avenue
>Okemos, MI   48864-1604

>/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6210637
Telephone:  (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\CPFJ\Elmar Hotel Management\motion for default and judgment 12-21-22.lmf.df.wpd